IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Eric M. Wyatt<br>4544 Loring Street<br>Philadelphia, PA 19136<br><br>           Plaintiff<br><br>        vs.<br><br>Elizabeth A. Smith<br>68 Ridgewood Avenue<br>Villas, NJ 08251<br><br>OceanFirst Financial Corp.<br>110 West Front Street<br>Red Bank, NJ 07701<br><br>OceanFirst Bank N.A.<br>1899 Bayshore Road<br>Villas, NJ 08251<br><br>           Defendants | Civil Action No. 2020-cv-_____ |

**COMPLAINT**

1.   Nature of Action:  This action is brought in U.S. District Court based on diversity of citizenship and an amount in controversy greater than $75,000.   Plaintiff Eric M. Wyatt seeks damages from Defendant Elizabeth A. Smith for her tortious conversion of Plaintiff's funds in Philadelphia and for her transfer of the bulk of the funds to Defendant OceanFirst Bank, N.A. in Villas, New Jersey.  Plaintiff also seeks a constructive trust requiring

1

Defendants OceanFirst Bank, N.A. and/or OceanFirst Financial Corp. to hold the wrongfully transferred and deposited funds for the benefit of Plaintiff.

## PARTIES

2. Plaintiff Eric M. Wyatt is an adult individual currently residing at 4544 Loring Street, Philadelphia, PA 19136.

3. Defendant Elizabeth A. Smith is an adult individual currently residing at 68 Ridgewood Avenue, Villas, NJ 08251.

4. Defendant OceanFirst Financial Corp. is a Delaware corporation with its principal executive offices at 110 West Front Street, Red Bank, NJ 07701.

5. Defendant OceanFirst Bank, N.A. is a regional banking institution with more than 50 branches in the State of New Jersey and, in particular, a branch with premises located at 1899 Bayshore Road, Villas, NJ 08251.

6. Defendant OceanFirst Financial Corp. is the holding company for OceanFirst Bank, N.A., which operates over fifty branches in the State of New Jersey, including the branch at 1899 Bayshore Road, Villas, NJ 08251.

## JURISDICTION AND VENUE

7. As will be set forth in more detail below, Defendant Smith maintained checking and savings account with Wells Fargo Bank, N.A in July 2020 and earlier. She banked at the Wells Fargo Bank branch located at 6420 Frankford Avenue, Philadelphia, PA 19135.

8.   As of July 14, 2020, Defendant Smith was cohabiting with Plaintiff at Plaintiff's residence at 4544 Loring Street, Philadelphia, PA 19136. The pair were boyfriend and girlfriend.

9.   As of July 14, 2020, Defendant Smith was bailee of over $114,195.00 of Plaintiff's funds which she held in her Wells Fargo Bank savings account.

10.   On July 15, 2020, Defendant Smith abruptly broke off her relationship with Plaintiff, quit her job at a ShopRite supermarket in Philadelphia, retrieved her jewelry and dog from the 4544 Loring Street residence, withdrew $114,195.56 of Plaintiff's funds from her savings account via multiple transfers to her checking account (without authorization by Plaintiff or notice), and left Pennsylvania.  The next day she withdrew the balance of 51 cents in the savings account and closed it.

11.   As the amount in controversy exclusive of costs, interest and punitive damages exceeds $75,000.00, and the residence of Plaintiff is in Philadelphia, while the residence and business offices of all Defendants are in New Jersey, there is diversity of citizenship and federal jurisdiction exists under 28 U.S.C. § 1332.

12.   As a significant percentage of Defendant Smith's wrongful conduct occurred in Philadelphia, venue is appropriate in the Eastern District of Pennsylvania pursuant to 28 U.S.C. §§1391(b)(2) and (c)(2).

## FACTS

13. Plaintiff Eric Wyatt was severely injured in a motor vehicle accident on October 2, 2015, due largely in part to the fact that his vehicle's air bag failed to deploy due to an ignition switch failure. Plaintiff was hospitalized for his injuries and had multiple surgeries. However, Plaintiff has now substantially recovered from his injuries without ongoing sequelae.

14. Following the motor vehicle accident, Plaintiff became a claimant in a class action matter known as the "General Motors Ignition Switch Litigation" which was handled by the law firm of Bailey Cowan Heckaman PLLC of Houston, TX.

15. On or about November 19, 2019, the Special Master in the class action litigation awarded Plaintiff damages of $267,693.82, which was reduced by contingent attorney's fees, expenses and medical liens to a net of $138.069.61, which Plaintiff accepted.

16. On December 4, 2019, a check for settlement proceeds in the amount $138,069.61 was disbursed to Plaintiff.

17. In July 2018, Plaintiff and his father Robert were renting a duplex at 4326 E. Howell Street, Philadelphia. At that time, Plaintiff and Defendant Smith became boyfriend and girlfriend and began co-habiting at the E. Howell Street residence.

18. In December 2018, after the landlord of the E. Howell Street residence passed away, Plaintiff and his father Robert bought the property at

4544 Loring Street. They moved into the Loring Street property, and so did Defendant Smith.

19. At the time in December 2019 when Plaintiff received his check from the class action settlement, he had a savings account with the Discover credit card company. He mailed the check to Discover, but later he found it cumbersome to transfer and deposit funds electronically in the Discover savings account.

20. In January 2020 (and before), Defendant Smith had a checking account with Wells Fargo Bank, N.A. Plaintiff requested Smith to open a savings account with Wells Fargo Bank and receive and hold his accident settlement for his benefit. She agreed. Accordingly, in late January and early February 2020, Smith opened a savings account in Wells Fargo Bank and received transfers from Plaintiff of approximately $130,000 over approximately a 4-week period. She also provided Plaintiff with a savings account debit card to enable Plaintiff to withdraw funds as needed.

21. Plaintiff used a portion of the $138,069.61 settlement funds for diverse purposes including expenses for starting a business, repairs to his house, and investments in some common stocks.

22. As of July 1, 2020, Defendant Elizabeth Smith's Wells Fargo savings account had a balance of $114,495.63. Plaintiff authorized a $300 withdrawal on July 2, 2020 which Smith accomplished by transfer to her checking account.

23. During June 2020, the relationship between Plaintiff and Defendant was "cooling off" and turned precipitously sour on July 15, 2020.

24. On July 15, 2000, Defendant surreptitiously began a series of unauthorized transfers from her Wells Fargo Bank savings account to her Wells Fargo Bank checking account and transferred $114,195.56 to her checking account. The next day she withdrew the balance of 51 cents which included 44 cents in interest.

25. On July 15, 2020, Defendant Smith changed the password to the Wells Fargo Bank savings account, effectively shutting off Plaintiff's access.

26. On July 15, 2020, Defendant Smith began depleting Plaintiff's funds by cashing a $3000 check.

27. On July 15, 2020, Defendant Smith made a number of credit card purchases and other payments, as follows: (a) Wal-Mart, Rio Grande, NJ - $178.96; (b) TCFSA payment - $40.00; (c) Wawa Store 8, Philadelphia, - $32.23; (d) ShopRite, Philadelphia - $33.43; (d) Sprint - $149.04.

28. On July 16, 2020, Defendant Smith visited the Sprint store at 215 S. Main Street, Cape May Court House, NJ and (a) closed the account she previously held jointly with Plaintiff (thus disconnecting Plaintiff's cell phone) and (b) opened a new Sprint account. She also purchased a new Galaxy S10 cell phone at a cost of approximately $1100.

29. Notably, on July 14, 2020, Defendant Elizabeth Smith's checking account at Wells Fargo Bank had an ending balance of $1280.70. At the end

of the day on July 15, 2020, it had a balance of $111,944.63.  On July 16, 2020, she made a withdrawal of $111,789.23, leaving as balance at the end of the day of $149.04.

30.   At some point in or about late July 2020, Defendant Elizabeth Smith began residing at 68 Ridgewood Avenue, Villas, NJ 08251.

31.   At some point in late July 2020, Defendant Elizabeth Smith began a new job at the ShopRite Village Supermarket at 4 West Roosevelt Blvd., Marmora, NJ 08223.  This work venue is about a 30-minute drive from her new residence in Villas, NJ.

32.   At some point in or about late July, Defendant Elizabeth Smith opened a bank account at the OceanFirst Bank, N.A., at the branch at 1899 Bayshore Road, Villas, NJ 08251.

33.   On information and belief, Defendant Elizabeth Smith has transferred the bulk of the $114,196.07 that she stole from Plaintiff to one or more accounts she has set up in OceanFirst Bank, N.A.

34.   On July 25, 2020, Defendant Smith paid off a $377.63 balance she had on Credit One Bank, N.A. credit card statement and closed the account.

35.   On July 25, 2020, Defendant Smith made a credit card payment of $1105.20 to pay off and close her Sprint credit card account.

36.   On July 25, 2020, Defendant Smith made a credit card payment of $758.95 to CreditOne Bank and closed the account.

37. On August 12, 2020, Defendant Smith paid off a MasterCard credit card account with a payment of $535.80 from her OceanFirst Bank, N.A. account XXXXXX4215.

## COUNT I – CONVERSION – ELIZABETH A. SMITH

38. The foregoing allegations of this Complaint are re-alleged and incorporated herein by reference.

39. On July 15 and 16, 2020, Defendant Elizabeth A. Smith unlawfully converted, without authority, $114,196.07 of Plaintiff's funds for her own use and benefit.

40. Since July 15, 2020, Defendant Elizabeth Smith has been using the converted funds to fund her own purchases and debts.

41. The conduct of Defendant Elizabeth A. Smith was and is outrageous and supports assessment of punitive damages.

WHEREFORE, Plaintiff respectfully prays for judgment in his favor and against Defendant Elizabeth A. Smith in the amount $114,196.07 plus punitive damages as may be awarded, plus interest at the applicable statutory rate, plus costs and expenses of suit, and any other relief which is just and appropriate.

## COUNT II – CONSTRUCTIVE TRUST – OCEANFIRST FINANCIAL CORP. AND OCEANFIRST BANK, N.A.

42. The foregoing allegations of this Complaint are re-alleged and incorporated herein by reference.

43. As understood by Plaintiff, Defendant Elizabeth A. Smith has deposited a significant percentage of Plaintiff's $114,196.07 in one or more accounts of OceanFirst Bank, N.A.

44. By virtue of this Complaint, OceanFirst Bank, N.A. is now apprised that the deposits by Elizabeth A. Smith into her one or more accounts at OceanFirst Bank, N.A., opened since July 15, 2020, are not rightfully her funds.

45. As such, Plaintiff seeks a constructive trust to be set up by OceanFirst Bank, N.A. and its holding company, OceanFirst Financial Corp., to hold Plaintiff's funds, and to prevent any further diminishment of said funds, and, after an appropriate evidentiary hearing, to arrange eventual transfer of the balance of Plaintiff's funds to Plaintiff.

WHEREFORE, it is respectfully prayed that the Court will employ its equity powers to require OceanFirst Bank, N.A. and its holding company, OceanFirst Financial Corp., to hold Plaintiff's funds, and to prevent any further diminishment of said funds, and to arrange eventual transfer of the balance of Plaintiff's funds to Plaintiff.   This prayer for relief includes all appropriate means for accomplishing the objective, including a temporary restraining order, a preliminary injunction, and a permanent injunction.

Dated:  October 7, 2020

                                      Respectfully submitted,

                                      /s/ Bruce J. Chasan

                                    _____
                                    Bruce J. Chasan, Esq. (Atty I.D. No. 29227)
                                    1500 JFK Boulevard, Suite 312
                                    Philadelphia, PA 19102
                                    215-567-4400
                                    215-585-2882 (fax)
                                    bjchasan@brucechasanlaw.com

                                    *Attorney for Plaintiff Eric Wyatt*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Eric M. Wyatt
4544 Loring Street
Philadelphia, PA 19136

       Plaintiff

vs.

Elizabeth A. Smith
68 Ridgewood Avenue
Villas, NJ 08251

OceanFirst Financial Corp.
110 West Front Street
Red Bank, NJ 07701

OceanFirst Bank N.A.
1899 Bayshore Road
Villas, NJ 08251

       Defendants

Civil Action No. 2020-cv-_____

## PLAINTIFF'S VERIFICATION/DECLARATION

I, Eric M. Wyatt, hereby verify and declare, under penalty of perjury, that the allegations in the foregoing Complaint are true and correct to the best of my knowledge, information and belief, based on the pre-complaint investigation that I performed.

Date: October 7, 2020

*Eric M. Wyatt* (signature)

Eric M. Wyatt
(address in Caption, above)