IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC WYATT | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 20-4969 |
| ELIZABETH SMITH, ET AL. | : | |

**O R D E R**

**AND NOW**, this   23rd   day of November, 2020, upon consideration of Plaintiff Eric Wyatt's request for entry of a preliminary injunction, and after hearing in open Court, it is **ORDERED** as follows:

1. Plaintiff's request for a preliminary injunction is **GRANTED** for the reasons set forth in the accompanying Memorandum; and

2. Defendants OceanFirst Bank, N.A. and OceanFirst Financial Corp. are directed to continue to freeze all withdrawals from Defendant Smith's bank account(s) in such banking institutions that hold the funds in dispute until otherwise ordered by this Court; and

3. Counsel for Plaintiff shall serve this Order expeditiously to all Defendants and file an appropriate return of service as to each Defendant on or before Tuesday, December 1, 2020.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**