IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Eric M. Wyatt<br>4544 Loring Street<br>Philadelphia, PA 19136<br><br>    Plaintiff<br><br>    vs.<br><br>Elizabeth A. Smith<br>68 Ridgewood Avenue<br>Villas, NJ 08251<br><br>OceanFirst Financial Corp.<br>110 West Front Street<br>Red Bank, NJ 07701<br><br>OceanFirst Bank N.A.<br>1899 Bayshore Road<br>Villas, NJ 08251<br><br>    Defendants | Civ. Action No. 20-cv-4969-RBS |

## CONSENT DECREE

  The parties to this litigation, in order to accelerate termination of the case and reduce further risk and expense, have agreed to a resolution as follows:

  1. The Court has jurisdiction, as previously found in the Memorandum granting Plaintiff's request for a preliminary injunction (ECF 10 at 4 n.2).

1

2. The parties are agreed that the $52,104.69 held frozen by OceanFirst Bank, N.A., pursuant this Court's temporary restraining order (ECF 3) and preliminary injunction (ECF 10, 11), shall be paid to Plaintiff as quickly as practical. Plaintiff and Defendant Elizabeth A. Smith shall sign a release in a suitable form as requested by OceanFirst Bank, N.A. The proceeds shall be paid to Eric M. Wyatt and Law Offices of Bruce J. Chasan, LLC for division as Plaintiff and his counsel have previously agreed.

3. Defendant Elizabeth A. Smith, in cooperation with her son Tom Golashovsky, has sold the 2017 Jeep Wrangler (VIN 1C4AJWAG1HL510352) purchased by Smith on July 18, 2020 to Kindle Auto Plaza of Cape May Court House, New Jersey, for $17,500. All proceeds from the sale shall be endorsed and remitted to Eric M. Wyatt and Law Offices of Bruce J. Chasan, LLC for division as Plaintiff and his counsel have previously agreed.

4. Beginning May 1, 2021, Defendant Elizabeth A. Smith shall remit directly to Plaintiff Eric M. Wyatt $15,000.00 (fifteen thousand dollars) over a seven-year period, via monthly installments of not less than $178.58, until the $15,000.00 is paid in full. The monthly installments shall be due on or before the first day of each month. The payments shall be mailed to Mr. Wyatt's residence. Defendant Smith may, at her option, accelerate this payment schedule if she desires. However, in order to encourage timely installment payments, if any monthly payment is more than seven (7) days late, there will be assessed a late fee of $25.00 for each late payment. If

Defendant Smith should cease or omit monthly installment payments, Plaintiff shall be entitled to reasonable attorney's fees and expenses in enforcing this Consent Decree or in bringing a separate collection suit.

5. The parties agree that the indebtedness described in paragraph 4 above shall not be dischargeable in bankruptcy.

6. None of the parties admits liability.

7. The parties mutually release all other parties for and from any known claims except to the extent this Consent Decree imposes obligations in paragraphs 2 through 4 above.

8. The parties may sign this Consent Decree in counterparts.

9. The Court retains jurisdiction to enforce this Consent Decree.

[Signatures on Next Page]

Case 2:20-cv-04969-RBS    Document 26    Filed 04/06/21    Page 4 of 6

_____
Eric M. Wyatt
4544 Loring Street
Philadelphia, PA 19136

Date: April 2, 2021


_____
Elizabeth A. Smith
68 Ridgewood Avenue
Villas, NJ 08251

Date: April _____, 2021


_____
Denise Horner, Esq. for
OceanFirst Financial Corp.
110 West Front Street
Red Bank, NJ 07701, and

OceanFirst Bank N.A.
1899 Bayshore Road
Villas, NJ 08251

Date: April _____, 2021


**APPROVED AND SO ORDERED:**


_____ J.

Date: April _____, 2021

4

                                                                      Eric M. Wyatt
                                                                      4544 Loring Street
                                                                       Philadelphia, PA 19136

Date: April _____, 2021


                                                                      Elizabeth A. Smith
                                                                       68 Ridgewood Avenue
                                                                       Villas, NJ 08251

Date: April _____, 2021


                                                                     Denise Horner, Esq. for
                                                                     OceanFirst Financial Corp.
                                                                     110 West Front Street
                                                                     Red Bank, NJ 07701, and

                                                                     OceanFirst Bank N.A.
                                                                     1899 Bayshore Road
                                                                     Villas, NJ 08251

Date: April ____, 2021


                                                                   **APPROVED AND SO ORDERED:**

                                                                                                                      J.

Date: April _____, 2021

2

                           _____
Eric M. Wyatt
4544 Loring Street
Philadelphia, PA 19136

Date: April 02, 2021

                           *[signature]*
Elizabeth A. Smith
68 Ridgewood Avenue
Villas, NJ 08251

Date: April 02, 2021

                           _____
Denise Horner, Esq. for
OceanFirst Financial Corp.
110 West Front Street
Red Bank, NJ 07701, and

OceanFirst Bank N.A.
1899 Bayshore Road
Villas, NJ 08251

Date: April 02, 2021

**APPROVED AND SO ORDERED:**

*[signature]*
R. BARCLAY SURRICK    J.

Date: April 06, 2021

4